| | AUSA: | Newman | Telephone: | (989) 895-5712 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Thompson-FBI | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

v.

## Chason Pointer

Case: 4:26-mj-30179
Judge: Ivy, Curtis

.

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____03/30/2026 to 04/03/2026_____ in the county of _____Genesee_____ in the _____Eastern_____ District of _____Michigan_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transporting an individual under 18 in interstate/foreign commerce, or in US territories, with the intent that they engage in criminal sexual activity |
| 18 U.S.C. § 2422(a)(2) | Coercion and enticement |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Justin Thompson - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __04-04-2026__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Justin M. Thompson, being duly sworn, depose and state as follows:

### <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.      I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ).  I have been so employed since March 2024.  I am currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA) as a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force.  It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners. I was previously employee as a police officer for Livonia Police Department for eleven years. During my previous employment, I was assigned and investigated numerous criminal cases including investigations involving child victims. As part of my employment, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law.  I have been involved with several investigations regarding child pornography and the exploitation of children through the internet. I have observed and reviewed

1

numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for Chason William-Gregory Pointer for violations of 18 U.S.C. § 2423(a) (transporting an individual under 18 in interstate/foreign commerce, or in U.S. territories, with the intent that they engage in criminal sexual activity) and 18 U.S.C. § 2422(a)(2) (coercion and enticement).

3.      The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

## **PROBABLE CAUSE**

4.      On April 4, 2026, Reddit Inc. reported to the FBI a conversation they believed was associated with a missing minor from Ohio, whose identity is known to law enforcement, identified here as MV-1. The Reddit conversation was between user "YamStock****" and "Academic_Bison_****". The segments of the conversation provided by Reddit occurred between March 30 and 31, 2026.

2

"YamStock****" indicated they are 18 years old, they sent pictures of themselves to "Academic_Bison_****", and, according to Reddit, these pictures seemed to match the picture of MV-1, which was observed in the news. Additionally, "YamStock****" stated they lived in Ohio, their name was MV-1's first name, and that they were 5 feet tall. Reddit reported that the conversation indicated (1) that on March 30, 2026, "Academic_Bison_****" drove to "YamStock****" for sex and returned back on March 31, 2026, and (2) a plan for them to meet at a hotel. "Academic_Bison_****" stated they were from Michigan and had a birthday coming up. At the end of the conversation provided by Reddit, the conversation appeared to move to Snapchat, and "YamStock****" provided their Snapchat username of "cal4mity4422***". The provided Reddit records identified an IP Addresses for "Academic_Bison_****".

5.      FBI conducted an exigent records request for an IP Address associated with "Academic_Bison_****", which had Comcast as the listed service provider. The records for the IP Address identified Chason Pointer as the subscriber. The records also listed Pointer's address as an address in Grand Blanc, Michigan, which is within the Eastern District of Michigan.

6.      Through additional exigent requests, the FBI was able to determine the number 248-941-**** as associated with "Academic_Bison_****".

7.      An open-source database search for telephone number "248-941-****" identified that it was associated with Chason Pointer.

8.      A search of the Michigan Secretary of State Database for Chason Pointer revealed his date of birth (DOB) was XX/XX/1984, and his registered address was in Grand Blanc, Michigan.

9.      Detective Case of the Sylvania Police Department in Ohio confirmed MV-1 was missing from their residence in Ohio, and went missing between 11:00 p.m. on April 2, 2026 and 6:00 a.m. on April 3, 2026. Detective Case also confirmed that MV-1 was 15 years old at the time MV-1 went missing. Detective Case requested exigent records from Snapchat for MV-1's Snapchat Account, "cal4mity442****." Detective Case received the records and identified a conversation between "cal4mity442****" and "addison2026****" that occurred between March 31, 2026 and April 3, 2026, that appeared to be sexually exploitive in nature.  On March 31, 2026, "cal4mity442****" and "addison2026****" discuss their age, shown below:



On April 1, 2026, after "cal4mity442****" was concerned about their mother finding a phone, the conversation explains that "addison2026****" traveled to "cal4mity442****" for the purposes of sexual gratification, and is then followed by a discussion about unprotected sex and getting "plan b." The conversation continues to be sexual in nature with "addison2026****" indicating their sexual desires for "cal4mity442****," and is followed by an exchange confirming "cal4mity442****'s" name, and then an indication that "cal4mity442****" and "addison2026****" recently had engaged in a sexual act. Later in the conversation, "cal4mity442****" informed "addison2026****" that they missed the bus and approximately a half hour later, notified "addison2026****" that they were at school. Then, "addison2026****" asked "cal4mity442****" about Friday and Saturday and indicated they were not going to travel to Ohio to spend their birthday with "cal4mity442****." And then, "cal4mity442****" mentioned that they

5

confided in their friend information about "addison2026****" including their first name, that they met on Reddit, and that they had sex.   On April 2, 2026, "addison2026****" asked "cal4mity442****" to go missing with them.

10.   Detective Case additionally provided subscriber records for Snapchat account "addison2026****." The records identified six authentication actions with associated IP addresses between April 1, 2026, and April 3, 2026. Of the 11 listed actions, the IP address 68.61.234.228, which was previously associated with Chason Pointer was identified seven times.

11.   The FBI reviewed the historical call detail records for the Verizon device (248-941-****) attributed to Pointer. In review of the records, Pointer's device showed travel away from the area consistent to his Grand Blanc address sometime after 12:27 a.m. on April 3, 2026.   Pointer's device continued to show southbound travel into the Toledo, Ohio area around 2:32 a.m. where it utilized cell towers consistent to the area of Victim's address.   Sometime after 3:00 a.m., Pointer's device then shows northbound travel consistent to US-23 highway where it arrives in the Fenton, Michigan area at 4:15 am.

12.   The FBI arrived at Hotel 1, located in Fenton, Michigan, which is within the Eastern District of Michigan. The staff identified that Chason Pointer was registered to Room 215 of Hotel 1.

6

13.     The FBI and City of Fenton Police Department went to Room 215 and knocked on the door. While awaiting an answer, Chason Pointer and MV-1 are observed walking down the hallway together. FBI stopped Pointer and MV-1 within the hallway.

14.     Upon contact with Chason Pointer (DOB: 04/03/1984), FBI SA Sean Thomas and Fenton Police Department Sgt. Cairnduff separated Pointer from MV-1. A pat down search was conducted on Pointer, and a knife was removed from his right pocket, along with other miscellaneous items and a cellular phone later identified as 248-941-****. Pointer was seated on a bench in the hallway of the 2nd Floor and advised he was not under arrest and was not handcuffed.

15.     SA Thomas obtained statements from Pointer and the following is a summary of the contact.   Pointer indicated that he and MV-1 were coming from the Buffalo Wild Wings.  Pointer indicated he met MV-1 online through a Reddit chat group.  Pointer stated that MV-1 was looking for a sugar daddy, and as such, he drove from his house in Grand Blanc, Michigan, to Toledo, Ohio; where he picked MV-1 up and drove them to the hotel here in Fenton, Michigan.  Pointer stated he didn't make any other stops but Wal-Mart and was driving a Nissan vehicle.  Pointer thought victim was 18 years old and denied knowing MV-1 was 15 years of age.  When asked how many times he and victim had sexual contact, Pointer

requested a lawyer. Pointer was also asked for consent to search his hotel room, vehicle (Nissan) and cellular phone, however, Pointer denied consent.

16.    Based on the aforementioned facts, there is probable cause to believe that Chason William-Gregory Pointer has committed violations of 18 U.S.C. § 2423(a) (transporting an individual under 18 in interstate/foreign commerce, or in US territories, with the intent that they engage in criminal sexual activity) and 18 U.S.C. § 2422(a)(2) (coercion and enticement) on April 3, 2026.

Justin M. Thompson
Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means on this 4th day of April.

Hon. Anthony P. Patti
United States Magistrate Judge

April 4, 2026

8